# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16–cv–1935–PAB–MEH
    (Consolidated with Civil Action No. 17–cv–1219–PAB–MEH)

---

Civil Action No. 16–cv–1935–PAB–MEH

**CYPRESS ADVISORS, INC.,**

    Plaintiff/Counter Defendant,

v.

**KENT MCCARTY DAVIS,**

    Defendant/Counter Claimant/Third-Party Plaintiff,

v.

**DEAN B. ZUCCARELLO,**

    Third-Party Defendant.

---

Civil Action No. 17–cv–1219–PAB–MEH

**CYPRESS ADVISORS, INC.,**

    Plaintiff,

v.

**KENT MCCARTY DAVIS and
C SQUARED ADVISORS, LLC,**

    Defendants.

---

## OBJECTIONS TO DAVIS'S AND C SQUARED ADVISORS' COUNTER-DESIGNATIONS OF DEPOSITION TESTIMONY

Plaintiff/Counter Defendant Cypress Advisors, Inc. and Third-Party Defendant Dean B. Zuccarello, through their undersigned counsel, hereby object to the deposition counter-designations that Defendant/Counterclaimant/Third-Party Plaintiff Kent McCarty Davis and Defendant C Squared Advisors, LLC served on September 20, 2019.

### ROBERT CARLUCCI (JUNE 29, 2017)—EXHIBIT A

| ITEM NO. | TESTIMONY | OBJECTION | RULING |
|---|---|---|---|
| 1 | 15:25–16:6 | | |
| 2 | 30:5–22 | | |
| 3 | 32:2–3 | | |
| 4 | 33:13–24 | | |
| 5 | 71:5–21 | • (32:2–3) Comments of counsel/not testimony; Not Relevant (FRE 402/403); Lack of Context/Confusing to the Jury (FRE 403) | |
| 6 | 93:8–25 | | |
| 7 | 102:17–103:15 | • (103:14-15) (after "No") Lack of Personal Knowledge & Foundation; Speculation (FRE 602) | |
| 8 | 105:23–25 | | |
| 9 | 157:25–158:7 | | |
| 10 | 236:15–237:7 | | |
| 11 | 239:4–9 | | |

2

## **M**ATTHEW **B**OULDEN **(J**ANUARY **16, 2019)—E**XHIBIT **B**

| ITEM NO. | TESTIMONY | OBJECTION | RULING |
|---|---|---|---|
| 1 | 45:16–24 | | |
| 2 | 63:12–20 | | |
| 3 | 83:2–84:12 | | |
| 4 | 97:22–98:12 | • (97:22–98:12) Not Relevant (FRE 402) | |
| 5 | 140:24–141:21 | • (141:2–4, 7–8) Lack of Personal Knowledge & Foundation; Calls for Speculation (FRE 602); Not Qualified to Provide to Provide Expert Testimony on Issue of Partnership Issues (FRE 702); Not Relevant (calls for Legal Conclusion) and Prejudicial (FRE 402/403) <br><br> • (141:10–11, 18–21) Hearsay (FRE 802) | |
| 6 | 45:16–24 (sic) | (Repeat of Item 1 above?) | |

### HOLLY DAVIS (MAY 21, 2018)—EXHIBIT C

| ITEM NO. | TESTIMONY | OBJECTION | RULING |
|---|---|---|---|
| 1 | 56:24–57:7 | • (56:24–57:7) Lack of Personal Knowledge & Foundation; Calls for Speculation (FRE 602); Not Qualified to Provide to Provide Expert Testimony on Partnership Issues (FRE 702); Not Relevant (calls for Legal Conclusion) and Prejudicial (FRE 402/403) | |

### JIM CHRISTOPHERSON (MAY 9, 2018)—EXHIBIT D

| ITEM NO. | TESTIMONY | OBJECTION | RULING |
|---|---|---|---|
| 2 (sic) | 7:16–18 | | |
| 3 | 18:14–19:5 | | |
| 4 | 20:6–12 | | |
| 5 | 21:4–20 | | |
| 6 | 28:21–29:6 | • (28:21–29:6) Not Relevant (FRE 402) | |
| 7 | 30:9–23 | • (30:9–13) Not Relevant (FRE 402) | |
| 8 | 33:8–23 | • (33:18–23) Not Relevant (FRE 402) | |

4

| | | | |
|---|---|---|---|
| 9 | 35:12–36:3 | • (35:19–36:3) Not Relevant (FRE 402) | |
| 10 | 37:4–17 | • (37:4–17) Not Relevant (FRE 402) | |
| 11 | 40:22–41:12 | • (41:2–12) Not Relevant (FRE 402) | |
| 12 | 42:21–24 | | |
| 13 | 44:14–16 | | |
| 14 | 85:14–86:2 | | |
| 15 | 86:24–87:6 | | |
| 16 | 88:9–21 | | |
| 17 | 91:12–92:24 | • (92: 22–24) (after the words "No. No."). Hearsay (FRE 802); Lack of Personal Knowledge & Foundation; Speculation (FRE 602); Not Relevant & Prejudicial (FRE 402/403) | |
| 18 | 93:18–94:5 | | |
| 19 | 101:20–102:16 | | |
| 20 | 103:2–104:25 | | |
| 21 | 105:9–106:19 | • (106:3 -19) Lack of Personal Knowledge & Foundation; Speculation (FRE 602); Not Qualified to Provide to Provide Expert Testimony on any issues including partnership or trade | |

|    |              |                                                                                                                          |   |
|----|--------------|--------------------------------------------------------------------------------------------------------------------------|---|
|    |              | secret issues (FRE 702); Not Relevant (Legal Conclusion) and Prejudicial (FRE 402/403)                                   |   |
| 22 | 106:25–107:12 | • (107:5–12) Lack of Personal Knowledge & Foundation; Speculation (FRE 602); Not Relevant (FRE 402)                     |   |
| 23 | 111:25–112:25 |                                                                                                                          |   |
| 24 | 121:11–124:15 | • (121:21–124:15) Not Relevant; Likelihood of Confusing the Issues; Risk of Prejudice (FRE 402/403)<br><br>• (124:10–15) Hearsay (FRE 802) |   |
| 25 | 127:6–129:23  | • (127:6–129:23) Not Relevant; Likelihood of Confusing the Issues; Risk of Prejudice (FRE 402/403)                       |   |
| 26 | 134:6–135:9   |                                                                                                                          |   |
| 27 | 135:17–136:8  |                                                                                                                          |   |
| 28 | 136:15–19     |                                                                                                                          |   |
| 29 | 138:21–139:5  |                                                                                                                          |   |
| 30 | 143:10–13     |                                                                                                                          |   |
| 31 | 146:25–148:3  | • (148:1–3) Hearsay (FRE 802)                                                                                            |   |
| 32 | 157:4–158:4   |                                                                                                                          |   |

| | | | |
|---|---|---|---|
| 33 | 163:3–6 | | |
| 34 | 164:2–165:4 | | |
| 35 | 165:12–24 | | |
| 36 | 166:5–24 | | |
| 37 | 167:19–169:2 | | |
| 38 | 218:10–21 | | |
| 39 | 219:4–23 | | |
| 40 | 221:16–222:17 | | |
| 41 | 223:6–11 | • (223:6–11) Not responsive; Legal Conclusion; (FRE 402/403) | |
| 42 | 224:3–12 | • (224:6–12) (after "No. No."); Not responsive to the question; Not relevant legal conclusion (FRE 402); Hearsay ("Davis says . . .") (FRE 802) | |
| 43 | 270:2–272:5 | • (271:6 – 10) Hearsay<br><br>• (271:21–272:5) Not responsive to the question; Not Qualified to Provide to Provide Expert Testimony on Trade Secret Issues (FRE 702); Not Relevant and Prejudicial (FRE 402/403). | |

| | | | |
|---|---|---|---|
| 44 | 295:10–297:24 | • (295:14–22, 296:5–9, 296:22–297:3, 297:10–15, 19–24) Lack of Personal Knowledge & Foundation; Calls for Speculation (FRE 602); Witness testifies that knowledge is based not on personal knowledge but solely based on reading hearsay documents produced in this case (FRE 802); Witness is not disclosed or qualified as an expert on partnership issues (FRE 702); Prejudicial (FRE 403).<br><br>• (295:16–22, 296:7–9, 296:25–297:1, 297:13–15) Hearsay (FRE 802) | |
| 45 | 299:24–300:10 | • (300:4–10) Not Responsive (Yes or No question); Not Relevant (FRE 402/403) | |

### **J**IM **C**HRISTOPHERSON **(J**ANUARY **18, 2019)—E**XHIBIT **E**

| ITEM NO. | TESTIMONY | OBJECTION | RULING |
|---|---|---|---|
| 1 | 76:18–77:8 | • (76:18–77:8) Lack of Personal Knowledge & Foundation; Calls for Speculation (FRE 602); Witness testifies that knowledge is based not on personal knowledge but based solely on | |

| | | | |
|---|---|---|---|
| | | reading hearsay documents produced in this case (FRE 802); Witness is not disclosed or qualified as an expert on partnership issues (FRE 702); Prejudicial (FRE 403). | |

## LISA YOUNGCLAUS (MAY 21, 2018)—EXHIBIT F

| ITEM NO. | TESTIMONY | OBJECTION | RULING |
|---|---|---|---|
| 1 | 10:5–11:6 | • (10:5–11:6) Not Relevant (FRE 402) | |
| 2 | 11:23–12:11 | • (11:23–12:11) Not Relevant (FRE 402) | |
| 3 | 18:22–19:13 | • (19:2–13) Not Relevant (FRE 402) | |
| 4 | 23:1–7 | | |

[*Signature follows on next page.*]

Respectfully submitted this 4th day of October, 2019.

*/s/ Kyle R. Hosmer*
Bradford E. Dempsey
Jeffrey S. Roberts
Kyle R. Hosmer
FAEGRE BAKER DANIELS LLP
1144 15th Street, Suite 3400
Denver, Colorado 80203
Telephone: 303.607.3500
Email: brad.dempsey@faegrebd.com
       jeff.roberts@faegrebd.com
       kyle.hosmer@faegrebd.com

*Counsel for Plaintiff/Counter Defendant Cypress Advisors, Inc. and Third-Party Defendant Dean B. Zuccarello*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 4th day of October, 2019, a true and correct copy of the foregoing ***Objections to Davis's and C Squared Advisors' Designation of Deposition Testimony*** was e-filed with the Clerk of the Court using the CM/ECF system and such filing was sent electronically using the CM/ECF system to the following:

K.C. Groves
Mark E. Lacis
James R. Silvestro
IRELAND STAPLETON PRYOR & PASCOE, PC
717 17th Street, Suite 2800
Denver, Colorado 80202
E-mail:   kcgroves@irelandstapleton.com
          mlacis@irelandstapleton.com
          jsilvestro@irelandstapleton.com

*/s/ Kyle R. Hosmer*

11