**E<small>XHIBIT</small> C**

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 16-cv-01935-MSK-MEH
 3


 4   CYPRESS ADVISORS INC., a Florida
     Corporation d/b/a THE CYPRESS
 5   GROUP,


 6
     Plaintiff,
 7
     v.
 8
     KENT MCCARTY DAVIS, a North
 9   Carolina citizen, a/k/a CARTY
     DAVIS, d/b/a CYPRESS
10   INTERNATIONAL INC.,

11   Defendant,

12   v.

13   DEAN ZUCCARELLO, a Colorado citizen,

14   Counterclaim-Defendant.
     _____
15
     VIDEOTAPE DEPOSITION OF:  HOLLY L. DAVIS - May 21, 2018
16   _____

17   TIME:                2:00 p.m.
     TAKEN BY:            Counsel for the Plaintiff
18   REPORTED BY:         SOLANGE RUIZ-URIBE, Court Reporter

19

20

21

22

23

24

25
```

H+G

Hunter+Geist, Inc.

303.832.5966        1900 Grant Street, Suite 1025        ■ www.huntergeist.com
800.525.8490        Denver, CO 80203                     ■ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

## 1

```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01935-MSK-MEH

CYPRESS ADVISORS INC., a Florida
Corporation d/b/a THE CYPRESS
GROUP,

Plaintiff,

v.

KENT MCCARTY DAVIS, a North
Carolina citizen, a/k/a CARTY
DAVIS, d/b/a CYPRESS
INTERNATIONAL INC.,
Defendant,
v.
DEAN ZUCCARELLO, a Colorado citizen,
Counterclaim-Defendant.
_____

VIDEOTAPE DEPOSITION OF:  HOLLY L. DAVIS - May 21, 2018
_____
TIME:              2:00 p.m.
TAKEN BY:          Counsel for the Plaintiff
REPORTED BY:       SOLANGE RUIZ-URIBE, Court Reporter
```

## 2

```
APPEARANCES OF COUNSEL:
    ATTORNEY FOR THE PLAINTIFF & COUNTERCLAIM-DEFENDANT
        CYPRESS ADVISORS INC., a Florida Corporation
        d/b/a THE CYPRESS GROUP:
        FAEGRE BAKER DANIELS, L.L.P.
        BY:  BRADFORD E. DEMPSEY
        3700 Wells Fargo Center
        1700 Lincoln Street
        Denver, CO 80203


    ATTORNEYS FOR THE DEFENDANT
        KENT MCCARTY DAVIS, a North Carolina citizen
        a/k/a CARTY DAVIS, d/b/a CYPRESS
        INTERNATIONAL INC.:
        IRELAND STAPLETON PRYOR & PASCOE, P.C.
        BY:  K.C. GROVES
        717 17th Street, Street 2800
        Denver, CO 80202



    ALSO PRESENT:
        ROB J. HAHN, Videographer
        KENT MCCARTY DAVIS
        DEAN ZUCCARELLO

        (INDEX AT REAR OF TRANSCRIPT)
```

## 3

 1  THE VIDEOGRAPHER: We are now on the
 2  record. The time on the video monitor is 14:00.
 3  Today's date is May 21st, 2018. This is the
 4  beginning of media number one.
 5  We are here for the videotaped deposition
 6  of Holly Davis in the matter of Cypress Advisors
 7  Incorporated, et al. versus Kent McCarty Davis, et
 8  al. versus Dean Zuccarello, et al. in the United
 9  States District Court for the District of Colorado.
10  Case No. 16-cv-01935-MSK-MEH. This deposition is
11  being held at 300 Fayetteville Street in Raleigh,
12  North Carolina.
13  The videographer is Rob Hahn. The court
14  reporter is Solange Ruiz. We are with Hunter &
15  Geist Incorporated of Denver, Colorado.
16  Please note that the audio video recording
17  will continue until all parties have agreed to go
18  off the record. The microphones are sensitive and
19  may pick up whispers and private conversations and
20  cellular interference.
21  Will counsel please state your appearance
22  beginning with plaintiff's counsel.
23  MR. DEMPSEY: Good afternoon. Bred
24  Dempsey of Faegre Baker Daniels on behalf of Cypress
25  Advisors. Inc. and Mr. Dean Zuccarello.

## 4

 1  MR. GROVES: My name is K.C. Groves with
 2  Ireland Stapleton appearing on behalf of Kent
 3  McCarty Davis, his company, Cypress International
 4  Incorporated and the witness, Holly Davis.
 5  THE VIDEOGRAPHER: Will the court reporter
 6  please swear in the witness and we can proceed.
 7  HOLLY L. DAVIS,
 8  after first being duly sworn, testified as follows:
 9  EXAMINATION
10  BY MR. DEMPSEY:
11  **Q. All right. Good afternoon, Ms. Davis.**
12  A. Good afternoon.
13  **Q. My name is Bred Dempsey. I represent**
14  **Cypress Advisors and Mr. Zuccarello in this**
15  **litigation.**
16  **Can you provide your full name for**
17  **the record, please?**
18  A. Holly Louis Davis.
19  **Q. And what is your current home address?**
20  A. Sixty Carolina Vista Drive, Pinehurst,
21  North Carolina 28374.
22  **Q. Okay. And do you have a current business**
23  **address?**
24  A. No.
25  **Q. Do you have any other addresses?**

53

1  MR. GROVES: Hold on. Discussions between
2 who?
3  MR. DEMPSEY: Well, I'm trying to find --
4 BY MR. DEMPSEY:
5  Q. Who did you have discussions with?
6  A. About -- about what?
7  Q. About leaving Cypress Advisors?
8  A. Well, Carty -- he said he was starting a
9 new company and he was leaving Cypress. I mean, I
10 knew he was leaving Cypress or he got fired or you
11 know, so he was starting another company.
12  Q. Okay. And in your view, you use the word
13 fired, do you know anything about the circumstances
14 of how he left?
15  A. Yeah. I mean, I think it got really ugly
16 unfortunately. I -- I mean, yeah, I do. I listened
17 to some of it, so yeah. Unfortunately, they, you
18 know, had a hard time working it out. I know Carty
19 felt very unwelcomed the last few years. He said
20 they weren't -- you know, he wasn't involved in any
21 of the discussions, they were hiding things from
22 him. He felt -- you know, he just -- he didn't want
23 to be there anymore and he wanted to leave and --
24 and he would say they've tried to work things out
25 and make some agreements to leave and the only way

54

1 he could get an agreement he said is if he signed a
2 non-compete and he said, you know, I'm not going to
3 sign a non-compete. I can't do that. So he had --
4 I mean, you know, I think it was unfortunately ugly.
5 I hate -- I mean, they should have just been able to
6 talk and work out a deal to leave somehow. I mean,
7 Carty just wanted to go. And he -- I mean, we have
8 three kids in college, he can't -- he can't not
9 work. So, yeah, I heard it. You know, yeah, he --
10 he needed to start a new company.
11  Q. And do you recall when -- when that all
12 started to bubble up?
13  A. Well, it was probably -- I can't -- let me
14 think the dates. Probably a year or so before he
15 left he complained a lot and, you know, it was
16 getting harder. And he said he was, you know, not
17 being involved in a lot of -- he felt like he was
18 being left out of a lot of the stuff. And I don't
19 even remember the exact day he left. I don't
20 remember the month or time he left, actually. I
21 don't remember when that was. Probably end of 2015
22 or '16. I don't remember.
23  Q. And left out of -- when you say, he was
24 left out of things?
25  A. Well, I mean, I think he just complained.

55

1 He -- he said some of the guys at Cypress, you know,
2 he just felt like they were hiding things from him
3 and -- and not being honest.
4  Q. Hiding what?
5  A. I don't know. Deals they were working on
6 or stuff. I don't know. He just felt like -- I
7 don't know.
8  Q. Okay. That's -- that's the extent of the
9 concern that he had?
10  A. I mean, he had -- I don't know. He had a
11 lot of concerns, I guess. I mean, I -- I -- I don't
12 know. I don't know what you are asking.
13  Q. Did you feel like Cypress International,
14 Inc. was not being paid adequately?
15  A. No, I had no -- I was not -- I mean, I
16 wrote checks or whatever, but I was not involved in
17 the money. We weren't -- I mean, Carty didn't even
18 care about leaving with money. I mean, it wasn't
19 about the money for us. It was -- I don't know if
20 he was paid. I don't know what he was paid. I
21 never knew the paying. I never knew pay stuff. I
22 didn't know what he was paid. I didn't know his
23 deal. I did know anything.
24  Q. Okay. So you don't -- I just want to
25 clarify that you didn't know what his relationship

56

1 was with Cypress Advisors?
2  A. Well, I mean, I knew -- I knew -- I mean,
3 I knew Dean and Carty were partners for, you know, a
4 million years. They've been partner. I knew when
5 they started it, Dean and Carty and Tom Schuldt were
6 partners. Tom left early. I don't know why; I
7 don't know anything about that. But then I know
8 Carty and Dean have been partners for 15, 16 years
9 so, I mean, I don't -- I don't know their
10 percentages they paid -- they paid each other and --
11 I mean, I know Carty -- I don't know.
12  Q. But you know, when you say partners, you
13 are not using that in the legal sense?
14  A. I don't know what you mean.
15  Q. So do you know what a partner, a
16 partnership is?
17  A. Yeah, two people own a company, right? I
18 don't know what you are asking.
19  Q. I'm trying to get a sense of what you
20 know. I mean, when you say, partners, they were
21 partners.
22  A. Yeah, as far as I've ever thought Carty
23 owned half the company and Dean owned half the
24 ==company. I mean, they were partners, yes.==
25  ==Q. That was -- that's your understanding?==

Case 1:16-cv-01935-PAB-MEH   Document 233-3   Filed 10/04/19   USDC Colorado   Page 5 of 6

HOLLY L. DAVIS - 5/21/2018
Cypress Advisors, Inc. v. Kent McCarty Davis, et al.

57

1  A. Yes.
2  Q. Half?
3  A. Yes. I don't know what the percentages
4  are but, yes, more or less. I mean, I guess,
5  they -- they were both Cypress and they both had,
6  you know, different ones; one was International, one
7  was Advisors or whatever. They were both partners.
8  Q. So let's go back to C Squared. So that --
9  he -- he left Cypress and Cypress International just
10 no longer moved forward with that. Started C
11 Squared; is that right?
12 A. Yes.
13 Q. Do you recall when C Squared was formed?
14 A. You know, it was probably the summer of --
15 I guess, that would be '16, right? Yeah.
16 Q. And do you recall how it started? What
17 were the first steps?
18 A. Carty and Jim talked. I don't know.
19 You'd have to ask him. I don't know. They --
20 they -- they just -- the first steps were coming up
21 with a name for the company. And I mean, that's the
22 only part I know. I wasn't involved in any of
23 the -- how the company started stuff. I was just in
24 the name, the logo, the graphics.
25 Q. Anything else, the website?

58

1  A. Yeah, I helped -- I looked at the web,
2  yeah.
3  Q. Okay. What about the name, what did --
4  what did you hear about the name in terms of what it
5  meant?
6  A. Well, I was thinking Carty and
7  Christopherson, there were two Cs.
8  Q. That's the C Squared?
9  A. Yes.
10 Q. And then were you asked to assist in the
11 development of C Squared?
12 A. No.
13 Q. Nobody -- Mr. Davis didn't you ask you to
14 help?
15 A. Well, I mean, help -- yeah, yeah. I mean,
16 he asked me to help think up a name for his company
17 and help -- help you that. Yeah, I helped with that
18 stuff, I mean.
19 Q. And did you help with the name?
20 A. Yeah, I came up with C Squared.
21 Q. That's yours?
22 A. Yeah.
23 Q. Okay.
24 A. I came up with it.
25 Q. It's clever.

59

1  A. Yeah.
2  Q. So --
3  A. And then I came up with their logo and you
4  know so...
5  Q. And then the -- because there were several
6  other logos that were tested, right?
7  A. Yes.
8  Q. But it was ultimately your art that was
9  selected?
10 A. Yes.
11 Q. And then was this -- do you recall, was
12 there any specific event that you remember that
13 might help pinpoint the point in time when C Squared
14 really began?
15 A. I don't -- I don't -- I don't know. I
16 mean, when we first officially finished the logo. I
17 don't -- I don't know when it -- I don't know when
18 C Squared began. I wasn't part of the -- you know,
19 I was just part of the -- the look.
20 Q. Were -- yeah, and so when C Squared was
21 formed, what was your understanding -- did you
22 have -- were you aware whether Jim and Carty were
23 going to be partners?
24 A. I -- yeah. I think they were going to be
25 partners.

60

1  Q. And when this started to get underway and
2  doing -- you created the name, that sort of the
3  thing, what -- what was the message being told to
4  you about what the new company was going to do?
5  A. They were going to do what -- they were
6  going to finance franchises and they were going
7  to -- finance franchises and...
8  Q. Was it essentially the same work that
9  Mr. Davis had been doing before --
10 A. I mean, it's what Carty knows how to do
11 and what Jim does. They wanted to develop some
12 close relationships with some clients. They wanted
13 to --
14 Q. But this was a --
15 A. Pair them up.
16 Q. I'm sorry.
17 A. Go ahead.
18 Q. I don't want to step on your answer there.
19 A. Okay.
20 Q. This wasn't a -- like a career change?
21 A. No.
22 Q. This was just a business change?
23 A. Correct. Well, he couldn't work at
24 Cypress anymore so we had to do something.
25 Q. And do you know who the target market was

```
 1           CERTIFICATE OF REPORTER

 2

 3        I, Solange Ruiz, Notary Public for the State of

 4   North Carolina at Large, do hereby certify that the

 5   foregoing transcript is a true, accurate, and complete

 6   record.

 7        I further certify that I am neither related to nor

 8   counsel for any party to the cause pending or interested

 9   in the events thereof.

10        Witness my hand, I have hereunto affixed my

11   official seal this ____ day of _____, 2018 at

12   Charlotte,Mecklenburg County, North Carolina.

13

14

15

16

17

18

19

20

21

22                              _____
                                Solange Ruiz
23                              My Commission expires
                                March 7, 2022
24

25
```