**E**XHIBIT **F**

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 16-cv-01935-MSK-MEH
 3


 4   CYPRESS ADVISORS INC., a Florida
     Corporation d/b/a THE CYPRESS
 5   GROUP,


 6
     Plaintiff,
 7
     v.
 8
     KENT MCCARTY DAVIS, a North
 9   Carolina citizen, a/k/a CARTY
     DAVIS, d/b/a CYPRESS
10   INTERNATIONAL INC.,

11   Defendant,

12   v.

13   DEAN ZUCCARELLO, a Colorado citizen,

14   Counterclaim-Defendant.
     _____
15
              VIDEOTAPE DEPOSITION OF:
16        LISA B. YOUNGCLAUS - May 21, 2018
     _____
17
     TIME:                 9:09 a.m.
18   TAKEN BY:             Counsel for the Plaintiff

19   REPORTED BY:          SOLANGE RUIZ-URIBE, Court Reporter

20

21

22

23

24

25
```

**H+G**

**Hunter + Geist, Inc.**

**303.832.5966**
**800.525.8490**

1900 Grant Street, Suite 1025
Denver, CO 80203

www.huntergeist.com
scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

**LISA B. YOUNGCLAUS - 5/21/2018**
**Cypress Advisors, Inc. v. Kent McCarty Davis, et al.**

## 1

```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01935-MSK-MEH

CYPRESS ADVISORS INC., a Florida
Corporation d/b/a THE CYPRESS
GROUP,

Plaintiff,

v.

KENT MCCARTY DAVIS, a North
Carolina citizen, a/k/a CARTY
DAVIS, d/b/a CYPRESS
INTERNATIONAL INC.,
Defendant,
v.
DEAN ZUCCARELLO, a Colorado citizen,
Counterclaim-Defendant.
_____

            VIDEOTAPE DEPOSITION OF:
        LISA B. YOUNGCLAUS - May 21, 2018
_____

TIME:              9:09 a.m.
TAKEN BY:          Counsel for the Plaintiff
REPORTED BY:       SOLANGE RUIZ-URIBE, Court Reporter
```

## 2

```
APPEARANCES OF COUNSEL:
    ATTORNEY FOR THE PLAINTIFF & COUNTERCLAIM-DEFENDANT
        CYPRESS ADVISORS INC., a Florida Corporation
        d/b/a THE CYPRESS GROUP:
        FAEGRE BAKER DANIELS, L.L.P.
        BY:  BRADFORD E. DEMPSEY
        3700 Wells Fargo Center
        1700 Lincoln Street
        Denver, CO 80203


    ATTORNEYS FOR THE DEFENDANT
        KENT MCCARTY DAVIS, a North Carolina citizen
        a/k/a CARTY DAVIS, d/b/a CYPRESS
        INTERNATIONAL INC.:
        IRELAND STAPLETON PRYOR & PASCOE, P.C.
        BY:  K.C. GROVES
        717 17th Street, Street 2800
        Denver, CO 80202



    ALSO PRESENT:
        ROB J. HAHN, Videographer
        KENT MCCARTY DAVIS
        DEAN ZUCCARELLO
      (INDEX AT REAR OF TRANSCRIPT)
```

## 3

1      THE VIDEOGRAPHER:  We now on the record.
2  Today's date is May 21st, 2018.  The time on the
3  video monitor is 09:09.  This the video deposition
4  of Lisa Youngclaus taken by Counsel for the
5  Plaintiff.  The location is 300 Fayetteville Street
6  in Raleigh, North Carolina.
7      My name is Rob Hahn, legal videographer
8  representing A. William Roberts, Jr. & Associates.
9      This is the matter of Cypress Advisors,
10 Incorporated, et al versus Kent McCarty Davis, et al
11 versus Dean Zuccarello, et al.  Case number
12 16-cv-01935 MSK-MEH.
13     Counsel, please introduce yourselves for
14 the record and whom you represent.
15     MR. DEMPSEY:  Good morning.  Brad Dempsey
16 of Faegre Baker Daniels on behalf of Cypress
17 Advisors, Inc. and Dean Zuccarello.
18     MR. GROVES:  I am K.C. Groves with Ireland
19 Stapleton representing Kent McCarty Davis and
20 Cypress International and also the witness Lisa
21 Youngclaus.
22     THE VIDEOGRAPHER:  Will the Court Reporter
23 please swear in the witness so we can proceed.
24         LISA B. YOUNGCLAUS,
25 after first being duly sworn, testified as follows:

## 4

1            **EXAMINATION**
2  BY MR. DEMPSEY:
3      **Q.  All right.  Good morning, Ms. Youngclaus.**
4  **My name is Brad Dempsey.  I represent Cypress**
5  **Advisors, Inc. and Mr. Zuccarello.**
6          **Can you state your full name for the**
7  **record, please?**
8      A.  Lisa Barnett Youngclaus.
9      **Q.  And what's your home address?**
10     A.  50 New Castle Road West, Pinehurst, North
11 Carolina 28374.
12     **Q.  There is no apartment number?**
13     A.  No, it's a home.
14     **Q.  Okay.  And do you have a current business**
15 **address?**
16     A.  It's the same.  I work from home.
17     **Q.  Do you have any other addresses?**
18     A.  No.
19     **Q.  Do you plan to have any future addresses?**
20     A.  No.  I mean, I'm selling -- I just sold a
21 beach house and I'm selling a condo in Nashville so
22 I have no other addresses as of tomorrow.
23     **Q.  Okay.  Have you ever had your deposition**
24 **taken before?**
25     A.  No, never.

1 (Pages 1 to 4)

Case 1:16-cv-01935-PAB-MEH   Document 233-6   Filed 10/04/19   USDC Colorado   Page 4 of 7

LISA B. YOUNGCLAUS - 5/21/2018
Cypress Advisors, Inc. v. Kent McCarty Davis, et al.

Page 9

1 oath?
2     A. Certainly.
3     Q. Did you do anything to prepare for today's
4 deposition?
5     A. I met with K.C. yesterday for about an
6 hour and a half.
7     Q. And was there anybody else with you?
8     A. Just K.C. and I.
9     Q. Did Mr. Groves have you look at any
10 documents?
11     A. Yes, he showed me -- yes.
12     Q. And -- and I don't want to --
13     A. Okay, yeah.
14     Q. -- ask about what he showed you, but just
15 the --
16     A. Yes, he showed me documents.
17     Q. Okay. Approximately how many documents
18 did he show you?
19     A. Maybe 20 pages.
20     Q. Okay. Did you -- excuse me. Did you
21 speak with Mr. Davis in preparation for today's
22 deposition?
23     A. No.
24     Q. Did you speak to Mrs. Holly Davis?
25     A. Not in preparation. As friends, but not

Page 10

1 in preparation.
2     Q. How much total time do you think you spent
3 preparing for the deposition?
4     A. Two hours.
5     Q. Did you look at any documents that you had
6 in your office or as part of this case?
7     A. The only thing I did was search my
8 invoices to C Two [sic] Advisory Group and that
9 reminded me of the scope of work that my firm did
10 for them and the amount of money I was paid. That's
11 the only looking I did.
12     Q. Okay. And do you remember how many
13 invoices you spotted?
14     A. I believe there were five.
15     Q. And do you recall approximately how much
16 total billings?
17     A. Over three years, $3,200. The rest that
18 was billed went to printing of business cards and
19 invitations which was about an additional 2,000 to
20 Whistle Stop printers that was billed through
21 Youngclaus and Miller.
22     Q. So the $3,200 what was that for?
23     A. Just my time in creating -- and my
24 partner's time in creating the logo for the website
25 primarily, laying out the business cards and then

Page 11

1 passing off documents they wrote, content they wrote
2 to a web programmer. Because I don't program
3 websites.
4     Q. Okay. And the other 2,000 that was just
5 cost for printing?
6     A. Yes.
7     Q. Ms. Youngclaus, where are you from?
8     A. Kentucky originally.
9     Q. And can you tell me about your educational
10 background?
11     A. I went to the University of the Kentucky
12 got a degree in journalism. And then after my
13 husband passed away I wanted to get back to work so
14 I did an online, half of masters degree at the
15 University of the North Carolina for something to do
16 and -- and also to prepare me maybe to start a small
17 business which I subsequently did.
18     Q. And is that Youngclaus and Miller?
19     A. Yes, sir.
20     Q. And how long has Youngclaus and Miller
21 been in business?
22     A. I think about ten years.
23     Q. All right. And can you tell me about your
24 business experience?
25     A. Well, I went to Chicago after college and

Page 12

1 started at an ad agency as an account -- assistant
2 account executive and worked my way up through the
3 ranks. Worked in big ad -- ad agencies in Chicago.
4 And left when I was a senior VP at Jay Walter
5 Thompson.
6     Q. How many years was that span?
7     A. Let's see, 12 years.
8     Q. So do you consider yourself an advertising
9 and branding professional?
10     A. Yes. More so then than now, but yes, I
11 do.
12     Q. I've had a chance to look at your LinkedIn
13 profile. You describe yourself as being
14 experienced -- an experienced branding and
15 advertising professional with a demonstrated history
16 of success in the advertising industry, national
17 brands and large corporations, small business and
18 new startups?
19     A. Uh-huh.
20     Q. And strong entrepreneurship, skilled and
21 brand creation development, advertising, integrated
22 marketing, creative strategies, strategic planning
23 and marketing -- marketing strategy?
24     A. Uh-huh.
25     Q. That's --

**LISA B. YOUNGCLAUS - 5/21/2018**
**Cypress Advisors, Inc.  v. Kent McCarty Davis, et al.**

17

1  Q.  Have you taught any business classes on
2  advertising subjects?
3  A.  No, I have not.
4  Q.  Have you ever been asked to teach?
5  A.  No, I've wanted to I -- I considered it.
6  I've never been asked.
7  Q.  Well, what topics could you teach today?
8  A.  Probably just branding.  The importance of
9  consistency in a brand image, a logo, a color, a
10  message, a consistent message across the media
11  vehicles.
12  Q.  On a scale of 1 to 10, with one being no
13  sophistication in advertising and 10 being the
14  highest level of sophistication in advertising,
15  where would you place your level of sophistication
16  in advertising?
17  A.  Today about a five.
18  Q.  And it sounds like it maybe changing,
19  what --
20  A.  Yes, with the times.  Everything has
21  become digital these days.  I'm still operating in a
22  small town.  We do a lot of print pieces.
23  Unsophisticated clients who have never had a
24  website, so I operate on a much more basic scale
25  with Youngclaus and Miller than -- than an

18

1  advertising professional say back at Jay Walter
2  Thompson would be today.
3  Q.  Okay.  But you've -- you've become or
4  stayed proficient with things like websites?
5  A.  I had to become knowledgeable about
6  websites after I went back to work having stayed
7  home with my son many years had passed so I do not
8  program websites.  I work with -- currently with a
9  gentleman named Sven Schafer at Tangram Media who
10  actually codes and produces the website.  I'm not
11  that proficient in websites.
12  Q.  All right.  But that's part of the
13  services that you offer at Youngclaus and Miller is
14  preparing websites?
15  A.  Help someone come up with a logo, some
16  basic concept about their company, help them walk
17  through copywriting for their site which they
18  usually do and handoff to me because they know their
19  business better than I.  I pass it on to the web
20  designer and he sticks it into the template on the
21  website.
22  Q.  Okay.  Do you know Carty or Holly Davis?
23  A.  Yes, I do.
24  Q.  Okay.  Which one?
25  A.  I know them both.  Holly better than

19

1  Carty.
2  Q.  And how did you get to know Holly?
3  A.  I met them both when they moved to
4  Pinehurst.  Our children were in elementary school.
5  Met them at The O'Neal School and my husband played
6  golf with Carty at Forest Creek.
7  Q.  And what about Mr. Davis, how -- how did
8  you meet him?
9  A.  Through Holly.
10  Q.  How long have you known the Davises?
11  A.  Let's see.  About 12 years maybe.  We --
12  their youngest was in kindergarten when I met them
13  so she's 21 now, something like that.
14  Q.  Okay.  And you live in the same
15  neighborhood?
16  A.  We do now.
17  Q.  Okay.  Neighbors?
18  A.  Several blocks.  I would drive over there.
19  Q.  Okay.  You mentioned being members of the
20  same club?
21  A.  At one time we were.
22  Q.  What kind of club was that?
23  A.  It was a golf club that my husband joined.
24  They are no longer members.  I've reduced down to a
25  social membership since my husband passed.

20

1  Q.  Do you consider yourself close friends
2  with the Davises?
3  A.  Very much so with Holly.
4  Q.  Have you vacationed with the Davises?
5  A.  Yes.  When -- let's see.  I did go on two
6  trips for Holly's birthday with Carty.  They were
7  couples and then one other time with -- with
8  couples.  And then Holly and I do girl trips so
9  about once a year we have a foursome and we travel
10  together.
11  Q.  And you are Facebook friends with the
12  Davises?
13  A.  You know, I'm not 100-percent sure,
14  probably, but I don't like social media.  I don't
15  use my Facebook account, rarely.  I rarely go on --
16  I don't like social media.
17  Q.  For an advertising professional?
18  A.  That's right, crazy, huh?
19  Q.  Do you know the Davis' children?
20  A.  Yes, I do.
21  Q.  Do you know what Mr. Davis does for a
22  living?
23  A.  Yes.
24  Q.  How would you describe it?
25  A.  I -- I don't understand it completely, but

**LISA B. YOUNGCLAUS - 5/21/2018**
**Cypress Advisors, Inc.  v. Kent McCarty Davis, et al.**

---

21

1  I believe he is in the financing of franchise
2  purchases and sales and gets people together for
3  those deals.
4      Q.  And do you know who he has worked for in
5  the past?
6      A.  Just from the biography that he supplied
7  for the website and any other material he supplied
8  for website.
9      Q.  Have you ever done any work through
10 Youngclaus and Miller or personally on advertising
11 for Mrs. Davis?
12     A.  She and I have done charitable events.  We
13 work in the community.  We've served on boards,
14 O'Neal School so invitations, yes, we've coordinated
15 together with that kind of thing.
16     Q.  Okay.  Did you help her with a business of
17 her own?
18     A.  Praise People.  I just remembered that,
19 yes.
20     Q.  And what --
21     A.  That was fun.
22     Q.  What was Praise People?
23     A.  Holly has got a very strong faith and she
24 is an artist and she created some beautiful original
25 artwork and then turned those into notecards and

---

22

1  T-shirts and hats and asked me to help her and
2  Sven Schafer also helped.  We created a website and
3  tried to sell her artistic items online.
4      Q.  Okay.  And do you recall about when that
5  project was?
6      A.  I believe -- I don't recall.  I think
7  maybe the -- 2014.
8      Q.  So you did website and branding for that
9  project?
10     A.  She came up with the logo and the colors
11 and once again, I just -- and she took the pictures.
12 She pretty much did it.  She's in the -- she's a
13 graphic designer herself so I helped her work with
14 Sven Schafer.
15     Q.  Was that a project for Youngclaus and
16 Miller or was that just something that you did for
17 her on the side?
18     A.  It's something I did.  We may have billed
19 her a small amount for my graphic designer's time to
20 gussy up her logo, but I don't think I ever invoiced
21 her.  I'm not sure about that.  We may have invoiced
22 her for the graphic designer.
23         MR. DEMPSEY:  And just for the record,
24 Mr. Davis just joined us in the room.  Good morning.
25 BY MR. DEMPSEY:

---

23

1      **Q.  And have you ever done work for Mr. Davis?**
2      **A.  Yes.**
3      **Q.  Okay.  And what -- what have you done for**
4  **Mr. Davis?**
5      **A.  Developed the C Squared logo and helped**
6  **him get his website up and running and business**
7  **cards, a few prints pieces.**
8      Q.  About 10 years ago, did Mr. Davis ask you
9  to take a look at the website of my client Cypress
10 Advisors?
11     A.  He did.
12     Q.  And do you recall why he was asking you to
13 review the website?
14     A.  I recall he just said, take a look at it
15 and see if you think it could be any better.
16     Q.  And do you recall working on that at all?
17     A.  I told him I thought it looked great and I
18 didn't have any suggestions.
19     Q.  So at that time 10 years ago you had an
20 opportunity to look at the entire Cypress Advisors
21 website?
22     A.  I just remember the tree.  I don't
23 remember that I spent a lot of time reviewing it.
24 He was asking me about the overall look of the
25 website.  I'm not a web expert and I certainly

---

24

1  wasn't 10 years ago.
2      Q.  And do you remember looking at all the
3  tabs on that website?
4      A.  I probably did.  I don't recall.
5      Q.  Do you recall there being a tab that had
6  representative transactions of what Cypress
7  Advisors -- the work they were doing for clients?
8      A.  I don't recall looking at that at the
9  time.
10     Q.  Okay.
11     A.  I wouldn't have understood that.
12     Q.  Did you know the concept tombstones?
13     A.  I recently learned it when we did the
14 website.  I've never heard of it until Jim
15 Christoferson created them and we uploaded them to
16 the website.
17     Q.  Other than the Praise People project and
18 the review of the Cypress Advisors website 10 years
19 ago and the C Squared project, did Mr. or Mrs. Davis
20 ask you to help on any other projects?
21     A.  I don't -- I don't know if there was a
22 Boys & Girls Club invitation or something
23 charitable, but nothing other than that.
24     Q.  Okay.  So there was a range of potential
25 charitable projects that you might have worked on

---

```
 1              CERTIFICATE OF REPORTER

 2

 3         I, Solange Ruiz, Notary Public for the State of

 4   North Carolina at Large, do hereby certify that the

 5   foregoing transcript is a true, accurate, and complete

 6   record.

 7         I further certify that I am neither related to nor

 8   counsel for any party to the cause pending or interested

 9   in the events thereof.

10         Witness my hand, I have hereunto affixed my

11   official seal this ____ day of _____, 2018 at

12   Charlotte,Mecklenburg County, North Carolina.

13

14

15

16

17

18

19

20

21

22                              _____
                                Solange Ruiz
23                              My Commission expires
                                March 7, 2022
24

25
```